**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUNTEK INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE CORPORATION,<br><br>Defendants. | 4:21-cv-03065 KAW<br>Case No.: ~~3:21-cv-3065~~<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF YUNTEK INTERNATIONAL, INC.'S *EX PARTE* MOTION FOR EXPEDITED DISCOVERY**<br><br>**[N.D. Cal. Civ. L.R. 7-10]** |

The Court, having considered the *Ex Parte* Motion for Expedited Discovery ("Motion") filed by Plaintiff Yuntek International Inc. ("Yuntek"), hereby GRANTS the Motion. Therefore:

IT IS HEREBY ORDERED that Yuntek may serve immediate discovery on eBay, Inc. by serving a subpoena in the form attached as Exhibit A to the Declaration of Matthew H. Poppe in Support of Yuntek's Motion.

IT IS SO ORDERED.

Dated this 29 day of April, 2021.




~~UNITED STATES DISTRICT JUDGE~~

Presented by:

RIMON, P.C.
*/s/ Matthew H. Poppe*
MATTHEW H. POPPE (SBN: 177854)
matthew.poppe@rimonlaw.com
800 Oak Grove Ave., Suite 250
Menlo Park, CA 94025
Telephone: (650) 461-4433
Facsimile: (650) 461-4433

*Attorneys for Plaintiff*
YUNTEK INTERNATIONAL, INC.